UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: TODD ALLEN KAZMIERCZAK,
and AMY LYNN KAZMIERCZAK,

        Appellants,

v.                                CASE NO. 14-cv-14786
                                  HONORABLE GEORGE CARAM STEEH

FINANCIAL PACIFIC LEASING, INC.

        Appellees.
_____/

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

In this bankruptcy appeal, appellants' brief was required to be filed on February 5, 2015. Appellants have not filed their brief nor requested an adjournment to do so. Appellees have filed a motion to dismiss for failure to prosecute. On February 24, 2015, this court ordered appellants to cause in writing why this case should not be dismissed for failure to prosecute on or before March 9, 2015. Appellants have failed to respond to the court's show cause order and the time period for doing so has expired. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.2, this case is DISMISSED for failure to prosecute.

**IT IS SO ORDERED**.

Dated: March 11, 2015

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 11, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk